1  Denise Bourgeois Haley
   Attorney at Law:  143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Hwy, Suite C-115
3  Santa Fe Springs, California 90670

4  Phone (562) 868-5886
   Fax (562) 868-5491
5
   Attorneys for Plaintiff
6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 | TYLER HERRING by and through his ) | Case No.:  1:05-at-908
                                      )
12 | guardian ad litem MONIQUE ROCHE, ) | [PROPOSED] ORDER ON
                                      ) | APPLICATION TO PROCEED IN
13 |          Plaintiff,              ) | FORMA PAUPERIS
                                      )
14 |      vs.                         )
                                      )
15 | JO ANNE B. BARNHART,             )
                                      )
16 | Commissioner of Social Security, )
                                      )
17 |          Defendant               )
                                      )
18                                    )
                                      )
19 |_____ )

20         Plaintiff may file this action without the prepayment of the filing fee.  It is so

21 ordered.

22 DATE: July 15, 2005

23                        _____/s/ Dennis L. Beck_____
                          U.S. MAGISTRATE JUDGE
24

25

                              -1-