DENISE BOURGEOIS HALEY
ATTORNEY AT LAW: 143709
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 E. IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670
TEL: (562) 868-5886
FAX: (562) 868-5491

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HERRING by and through his guardian ad litem MONIQUE ROCHE,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH S. APEL, Commissioner of the Social Security Administration,<br><br>Defendant | Case No.: 1: 05 CV 00928 REC-DLB<br><br>ORDER ON PETITION FOR GUARDIAN AD LITEM |

### ORDER APPOINTING GUARDIAN AD LITEM

The court having considered the petition of TYLER HERRING for the appointment of MONIQUE ROCHE as guardian ad litem for TYLER HERRING who is a minor and good cause appearing therefore.

///
///
///
///
///

-1-

1  IT IS HEREBY ORDERED that MONIQUE ROCHE be, and she is, hereby appointed as guardian ad litem for TYLER HERRING, a plaintiff in the above-entitled action, and she is authorized to institute and prosecute the action mentioned in the petition.

September 8, 2005                                    /s/ Dennis L. Beck
                                                     U.S. Magistrate Judge