Denise B. Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670

Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfinglaw@hotmail.com

Attorneys for Plaintiff TYLER HERRING

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HERRING,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>　　　Defendant. | No. CV 05-00928 DLB<br><br>[PROPOSED] ORDER EXTENDING<br>BRIEFING SCHEDULE |

Based upon the parties' Stipulation to Extend Briefing Schedule, IT IS ORDERED that Plaintiff shall have an extension of time, to and including January 23, 2006, to forward her confidential letter brief to Defendant and all other deadlines set forth in the July 19, 2005 Case Management Order shall be extended accordingly.

　　　　IT IS SO ORDERED.


　　Dated:　  **January 4, 2006**　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE
3c0hj8