```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | KIMBERLY A. GAAB
   | Assistant U.S. Attorney
 3 | 2500 Tulare Street, Ste. 4401
   | Fresno, CA 93721
 4 | Telephone No. (559) 497-4036
 5 | Attorneys for Defendant
 6 |           IN THE UNITED STATES DISTRICT COURT FOR THE
 7 |                  EASTERN DISTRICT OF CALIFORNIA
 8 | TYLER HERRING, by and through )   1:05-cv-0928 DLB
   |  his guardian ad litem,       )
 9 |  MONIQUE ROCHE,               )
   |                               )
10 |            Plaintiff,         )   STIPULATION AND ORDER
   |                               )   TO EXTEND TIME
11 |                               )
   |            v.                 )
12 |                               )
   | JO ANNE B. BARNHART,          )
13 | Commissioner of Social        )
   | Security,                     )
14 |                               )
   |            Defendant.         )
15 | _____)
16 |      The parties, through their respective counsel, stipulate
17 | that defendant's time to respond to plaintiff's confidential
18 | letter brief be extended from March 6, 2006 to April 5, 2006.
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///
```

This is defendant's first request for an extension of time to respond to plaintiff's confidential letter brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                      Respectfully submitted,

Dated: March 6, 2006        /s/ Denise Bourgeois Haley
                                      (As authorized via facsimile)
                                      DENISE BOURGEOIS HALEY
                                      Attorney for Plaintiff

Dated: March 6, 2006        McGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Kimberly A. Gaab
                                      KIMBERLY A. GAAB
                                      Assistant U.S. Attorney

IT IS SO ORDERED.

    **Dated:   March 7, 2006**                **/s/ Dennis L. Beck**
3c0hj8                                               UNITED STATES MAGISTRATE JUDGE