TYLER HERRING
ATTORNEY AT LAW: 143709
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email: rohlfing_office@msn.com

Attorney for TYLER HERRING

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER HERRING,<br><br>     Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No.: 05 CV 0928 DLB<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Based upon the parties' Stipulation to Dismiss ("Stipulation"),

**IT IS ORDERED** that the above-captioned matter is dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with prejudice, and subject to the terms and conditions of the Stipulation.

IT IS SO ORDERED.

**Dated:    May 26, 2006**            /s/ Dennis L. Beck
3c0hj8                              UNITED STATES MAGISTRATE JUDGE